**Order entered May 4, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00168-CV

### DALLAS CLEAN ENERGY MCCOMMAS BLUFF, LLC, Appellant

### V.

### WESTERN SURETY COMPANY, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00510-CV**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's April 14, 2015 motion to stay appeal.

We **GRANT** appellant's April 14, 2015 motion for an extension of time to file a brief.

Appellant shall file a brief by **JUNE 15, 2015**. We caution appellant that no further extension of

time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
            JUSTICE